KEVIN D. SOLONSKY – 437119 (DC)
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549-9613
Telephone: (202) 551-5014
Facsimile: (202) 772-9263
Email: solonskykd@sec.gov

Attorney for Defendant UNITED STATES SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Case No. 4:19-cv-06971-SBA<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　March 4, 2021<br>Time:　2:45 p.m.<br><br>Judge:　Saundra B. Armstrong<br><br>Trial Date:　None Set |

Pursuant to the Court order dated January 20, 2021, ECF No. 37, the parties submit this Case Management Statement in this Freedom of Information Act ("FOIA") case. The parties have signed a settlement agreement and jointly request a further continuance of the Case Management Conference currently set for January 20, 2021 to provide for additional time for the parties to execute the terms of the agreement. If a stipulation of dismissal has not been filed by March 24, 2021, the parties will provide the Court with an updated joint status report no later than that date. The parties respectfully submit that this is the most efficient way to proceed and will conserve both the parties' and the Court's resources. Pursuant to Northern District Civil Local Rule 16-10(d), the parties report that they see no immediate need for ADR at this time.

Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

DATED: February 24, 2021

By: */s/ Kevin D. Solonsky*
Kevin D. Solonsky
Senior Counsel
Securities and Exchange Commission

Attorney for Defendant UNITED STATES SECURITIES AND EXCHANGE COMMISSION

DATED: Febraury 24, 2021

By: */s/ Michael S. Nunez*
Michael S. Nunez
Rosen Bien Galvan & Grunfeld LLP

Attorneys for Plaintiff SIERRA CLUB

## **FILER'S ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I, Kevin D. Solonsky, attest that counsel for Plaintiff has concurred in the filing of this document.

DATED: February 24, 2021

*/s/ Kevin D. Solonsky*
Kevin D. Solonsky